904 So.2d 728 (2005)
STATE ex rel. Charleston L. CLARK
v.
STATE of Louisiana.
No. 2004-KH-2791.
Supreme Court of Louisiana.
June 24, 2005.
In re Clark, Charleston L.;  Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of Beauregard, 36th Judicial District Court Div. A, No. 125-1994; to the Court of Appeal, Third Circuit, No. KH 04-01024.
Denied. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; State v. Parker, 98-0256 (La.5/8/98), 711 So.2d 694; La.C.Cr.P. art. 930.3; State ex rel. Melinie v. State, 93-1380 (La.1/12/96), 665 So.2d 1172.
KNOLL, J., recused.